1  ERIC P. ESCAMILLA, Bar No. 231859
   LAW OFFICE OF ERIC P. ESCAMILLA
2  1713 Tulare Street, Suite 208
   Fresno, California 93721
3  Telephone: (559) 485-2535
   Facsimile:  (559) 485-3303
4
   Attorney for Defendant
5  MIGUEL SANCHEZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-CR-00002 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| MIGUEL SANCHEZ, | Date: September 7, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**TO THE HONORABLE JUDGE LAWRENCE J. O'NEILL, JUDGE OF THE ABOVE-ENTITLED COURT:**

The parties in the above-captioned action by and through their respective attorneys of record hereby submit the following Stipulation to Continue the Sentencing Hearing currently scheduled for September 7, 2007, **and the parties hereby stipulate to continue the above hearing to November 9, 2007, at 9:00 a.m..** The purpose for this continuance is that additional time is needed by counsel for Defendant MIGUEL SANCHEZ to retain an expert to prepare a psychological/psychiatric report and obtain state parole records and other information that defense counsel intends to use at sentencing.

///

///

1  To the extent that it is necessary, the parties agree that the delay resulting from the
2  continuance shall be excluded in the interests of justice, including but not limited to, the need for
3  the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.
4  sections 3161 (h)(8) (A) and 3161(h)(8)(B)(i) and (iv).

                                            Law Office of Eric P. Escamilla

Dated: September 4, 2007        By:  /s/ Eric P. Escamilla
                                                   ERIC P. ESCAMILLA,
                                                   Attorney for Defendant
                                                   Miguel Sanchez

                                                   McGregor W. Scott
                                                   United States Attorney

Dated: September 4, 2007        By:  /s/ David L. Gappa
                                                   DAVID L. GAPPA,
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   September 5, 2007**          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE