1  ERIC P. ESCAMILLA, Bar No. 231859
   LAW OFFICE OF ERIC P. ESCAMILLA
2  1713 Tulare Street, Suite 208
   Fresno, California 93721
3  Telephone:  (559) 485-2535
   Facsimile:   (559) 485-3303
4
   Attorney for Defendant
5  MIGUEL SANCHEZ

6

7

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-CR-00002  LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| MIGUEL SANCHEZ, | Date: November 9, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

18  **TO THE HONORABLE JUDGE LAWRENCE J. O'NEILL, JUDGE OF THE**

19  **ABOVE-ENTITLED COURT:**

20      The parties in the above-captioned action by and through their respective attorneys of record

21  hereby submit the following Stipulation to Continue the Sentencing Hearing currently scheduled for

22  November 9, 2007, **and the parties hereby stipulate to continue the above hearing to January**

23  **11, 2008, at 9:00 a.m..**  The purpose for this continuance is that additional time is needed by counsel

24  for Defendant MIGUEL SANCHEZ to retain an expert to prepare a psychological/psychiatric report

25  that defense counsel intends to use at sentencing.  Defendant's family has agreed to pay for the

26  retention of said expert from a structured settlement that has been delayed unexpectedly by a probate

27  case that resolved by final judgment on October 18, 2007, that will result in a large disbursement

28  of annuity payments dating back to 2005.

To the extent that it is necessary, the parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. sections 3161 (h)(8) (A) and 3161(h)(8)(B)(i) and (iv).

Dated: November 7, 2007   By:   /s/ Eric P. Escamilla
ERIC P. ESCAMILLA,
Attorney for Defendant
Miguel Sanchez
Law Office of Eric P. Escamilla

McGregor W. Scott
United States Attorney

Dated: November 7, 2007   By:   /s/ David L. Gappa
DAVID L. GAPPA,
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.** The date for sentencing is continued to January 11, 2008. Time is excluded pursuant to 18 U.S.C. sections 3161 (h)(8) (A) and 3161(h)(8)(B)(i) and (iv). Good cause exists for the continuance.

IT IS SO ORDERED.

**Dated:   November 7, 2007**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE