IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                         )<br>         Plaintiffs,              )<br>                                         )<br>   vs.                                )<br>                                         )<br> MIGUEL SANCHEZ,          )<br>                                         )<br>         Defendant.             )<br>_____ ) | No. 1:07-CR-0002  LJO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on January 7, 2013, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Turning Point, Fresno forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   January 7, 2013**          /s/  Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

1